UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-MJ-1025

UNITED STATES OF AMERICA            )
                                    )
            v.                      )            ORDER
                                    )
JAMES KEITH LEIGHTON                )

The Government's motion is hereby granted.  The case is dismissed.

6/29/2011
DATE:

*Robert Jones*

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE